IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WAYNE H. NORMAN, | § § § | |
| Plaintiff, | § | |
| v. | § § | NO. 3:11-CV-1416-P |
| NORTHLAND GROUP, INC., | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the Court's Order dated January 4, 2012 the court issues judgment as follows:

(1) Plaintiff claims are dismissed with prejudice against Defendant, Northland Group, Inc.; and

(2) Costs are assessed against Plaintiff.

**IT IS SO ORDERED.**

Signed this 10th day of January, 2012.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE