IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WAYNE H. NORMAN, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 3:11-CV-1416-P |
| ) | |
| NORTHLAND GROUP, INC., ) | |
|     Defendant. ) | |

## ORDER

Before the Court is Plaintiff Wayne H. Norman's ("Plaintiff's") January 13, 2012, motion for leave to proceed *in forma pauperis* on appeal. On July 15, 2011, Plaintiff was granted leave to proceed *in forma pauperis* in this Court. Pursuant to Fed. R. App. P. 24(a)(3), Plaintiff will proceed on appeal *in forma pauperis* without any further authorization. Plaintiff's motion is therefore DENIED as moot.

On January 17, 2012, the Court referred Plaintiff's motion for leave to proceed *in forma pauperis* on appeal to the magistrate judge. The Court hereby VACATES that order.

IT IS SO ORDERED.

Signed this 25th day of January, 2012.

*/s/ Jorge A. Solis*
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE